# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0276
_____

ADRIAN JAMES WOOD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.


May 8, 2024

PER CURIAM.

Adrian James Wood appeals his judgment and sentence for one count of fleeing or attempting to elude law enforcement and one count of driving with a suspended license. Wood presents three issues for our review: (i) whether the trial court erred by denying Wood's motion for judgment of acquittal; (ii) whether the trial court erred by preventing Wood from raising a mental health defense; and (iii) whether the trial court erred by imposing a $100 cost of prosecution.

As for the first two issues, we affirm the trial court's decision without further comment. As for the third issue, Wood argues that the trial court erred by imposing a $100 cost of prosecution without first receiving a request from the State. This Court has recently

explained that "the [$100] cost for the state attorney is a minimum cost that is mandated by subsection (8) and not an 'investigative' cost incurred by an agency, as described in § 938.27(1), which can only be imposed 'if requested' by the agency." *Parks v. State,* 371 So. 3d 392, 392–93 (Fla. 1st DCA 2023), *review granted,* SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024). Thus, the trial court properly imposed the cost of prosecution.

We therefore AFFIRM Appellant's judgment and sentence.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

―――――――――――――――――

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

―――――――――――――――――

Jessica J. Yeary, Public Defender, and Flor Diaz-Wayt, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.